UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Crim. No.: 14-141 (CRC)** |
| | : | |
| **AHMED SALIM FARAJ ABU KHATALLAH,** | : | |
| | : | |
| also known as Ahmed Abu Khatallah, | : | |
| also known as Ahmed Mukatallah, | : | |
| also known as Ahmed Bukatallah, | : | |
| also known as Sheik, | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF FILING

Pursuant to the Court's CIPA Protective Order [ECF Docket No. 12], the United States Attorney of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that it has filed today with the Court, through the Classified Information Security Officer, a pleading titled "Government's Motion to Set an *Ex Parte* Status Hearing Pursuant to the Classified Information Procedures Act."

                                            Respectfully submitted,

                                            RONALD C. MACHEN JR.
                                            UNITED STATES ATTORNEY
                                            D.C. Bar Number 447-889

By:

                                          _____/s/_____
                                          MICHAEL C. DILORENZO
                                          (MD Bar #: 931214 0189)
                                          JULIEANNE HIMELSTEIN

OPHER SHWEIKI
DAVID GOODHAND
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7809
Michael.Dilorenzo@usdoj.gov

## Certificate of Service

I hereby certify that a copy of the foregoing notice was served on counsel for the defendant, Michelle Peterson, Esquire and Mary Petras, Esquire, by ECF, this 6th day of November, 2014.

/s/
Michael C. DiLorenzo
Assistant United States Attorney