# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** : | | |
| : | | |
| v. | : | 14-cr-141 (CRC) |
| : | | |
| **AHMED ABU KHATALLAH** : | | |

## NOTICE PURSUANT TO CLASSIFIED INFORMATION PROCEDURES ACT

On September 17, 2015, Mr. Ahmed Abu Khatallah, through undersigned counsel, filed a Notice of Filing [Dkt. #110], notifying the Court that on that date, pursuant to the Protective Order [Dkt. #12] issued by the Court, counsel filed under seal with the Classified Information Security Officer a Supplement to Defendant's Reply to Government's Opposition to Defendant's Motion for Return to Libya ("Supplement").  Pursuant to Section 5 of the Classified Information Procedures Act ("CIPA"), counsel hereby notifies government counsel and the Court that at the motions hearing scheduled for October 16, 2015, counsel reasonably expects to disclose or to cause the disclosure of the classified information contained in the exhibits attached to the Supplement.  The disclosure of this information is necessary for the reasons stated in the Supplement.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
MICHELLE M. PETERSON
MARY MANNING PETRAS
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
shelli_peterson@fd.org
mary_petras@fd.org

RICHARD JASPER (N.Y. Bar # 1975739)
276 Fifth Avenue, Suite 501
New York, New York 10001
(212) 689-3858 (voice)
(212) 689-0669 (facsimile)
ricjasp@aol.com

ERIC L. LEWIS (D.C. Bar #394643)
JEFFREY D. ROBINSON (D.C. Bar #376037)
LEWIS BAACH PLLC
1899 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20006
(202) 833-8900 (voice)
(202) 466-5738 (facsimile)
eric.lewis@lewisbaach.com
jeffrey.robinson@lewisbaach.com

Counsel for Ahmed Abu Khatallah