# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| **v.** | : Crim. No.: 14-141 (CRC) |
| | : |
| **AHMED SALIM FARAJ ABU KHATALLAH,** | : |
| | : |
| also known as Ahmed Abu Khatallah, | : |
| also known as Ahmed Mukatallah, | : |
| also known as Ahmed Bukatallah, | : |
| also known as Sheik, | : |
| **Defendant.** | : |

## NOTICE OF FILING

Pursuant to Local Criminal Rule 49(e)(1), please note that the United States of America, by and through undersigned counsel, filed on April 15, 2016, an *Ex Parte* Motion under seal entitled "Government's *Ex Parte* Motion for a Protective Order." This document is not available for public viewing.

        Respectfully submitted,

        CHANNING D. PHILLIPS
        UNITED STATES ATTORNEY
        D.C. Bar Number 415793

By:

        _____/s/_____
        MICHAEL C. DILORENZO
        MD Bar No. 931214 0189
        JULIEANNE HIMELSTEIN
        D.C. Bar No. 417136
        OPHER SHWEIKI
        D.C. Bar No. 458776
        JOHN CRABB JR.
        N.Y. Bar No. 2367670
        Assistant United States Attorneys
        National Security Section
        United States Attorney's Office
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 252-7809
        Michael.Dilorenzo@usdoj.gov