# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**       : | |
| : | |
| : | |
| **v.**       : | **Crim. No.: 14-141 (CRC)** |
| : | |
| : | |
| **AHMED SALIM FARAJ ABU**       : | |
|     **KHATALLAH,**       : | |
| : | |
|     **also known as Ahmed Abu Khatallah,**       : | |
|     **also known as Ahmed Mukatallah,**       : | |
|     **also known as Ahmed Bukatallah,**       : | |
|     **also known as Sheik,**       : | |
| : | |
|     **Defendant.**       : | |

## NOTICE OF SEALED FILING

Pursuant to Local Criminal Rule 49(e)(1), please note that the United States of America, by and through undersigned counsel, filed today, a Status Report under seal entitled "Government's CIPA Status Report." This document is not available for public viewing.

A copy of the status was served by e-mail on counsel for the defendant.

                Respectfully submitted,

                CHANNING D. PHILLIPS
                UNITED STATES ATTORNEY
                D.C. Bar Number 415793

By:

                _____/s/_____
                MICHAEL C. DILORENZO
                MD Bar No. 931214 0189
                JULIEANNE HIMELSTEIN
                D.C. Bar No. 417136
                OPHER SHWEIKI
                D.C. Bar No. 458776
                JOHN CRABB JR.
                N.Y. Bar No. 2367670
                Assistant United States Attorneys
                National Security Section
                United States Attorney's Office
                555 4th Street, N.W.
                Washington, D.C. 20530
                (202) 252-7809
                Michael.Dilorenzo@usdoj.gov