**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | Crim. No.: 14-cr-141 (CRC) |
| | : | |
| | : | |
| **AHMED SALIM FARAJ ABU KHATALLAH,** | : | |
| | : | |
| also known as "Ahmed Abu Khatallah," | : | |
| also known as "Ahmed Mukatallah," | : | |
| also known as "Ahmed Bukatallah," | : | |
| also known as "Sheik," | : | |
| | : | |
| **Defendant.** | : | |

## GOVERNMENT'S NOTICE THAT IT WILL NOT SEEK THE DEATH PENALTY

The United States of America, by and through its attorney, the United States Attorney for District of Columbia, hereby gives notice that the government will not seek imposition of the death penalty if the defendant is convicted of any capital crime charged in this case.

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. Bar Number 415793

_____/s/_____
Michael C. DiLorenzo
MD Bar No. 931214 0189
Julieanne Himelstein
D.C. Bar No. 417136
Opher Shweiki
D.C. Bar No. 458776
John Crabb Jr.
N.Y. Bar No. 2367670
Assistant United States Attorneys
National Security Section

United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7809
michael.dilorenzo@usdoj.gov