UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---------------------------------------------------------------------X
UNITED STATES OF AMERICA,

                                                  NOTICE OF
                                                  WITHDRAWAL OF COUNSEL

      v.

AHMED SALIM  FARAJ ABU KHATALLAH,        14 Cr. 141 (CRC)

                                     Defendant.
---------------------------------------------------------------------X

To:    Clerk of the Court
        United States District Court
        For the District of Columbia

        PLEASE TAKE NOTICE that the undersigned attorney hereby seeks to withdraw as learned counsel of record in the above captioned case.

Date:   New York, New York
         June 13, 2016

                                              Respectfully submitted,

                                              Richard Jasper, Esq.
                                              NY Bar # 1975739
                                              276 Fifth Avenue, Suite 501
                                              New York, New York 10001
                                              (212) 689-3858 voice
                                              (212) 689-0669 facsimile
                                              ricjasp@aol.com