Classified
Information Security Officer

CISO _Multr_

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Date _11 / 14 / 2016_

UNITED STATES OF AMERICA      :
     :
     :
v.      :     Crim. No.: 14-cr-141 (CRC)
     :     UNDER SEAL
     :
AHMED ABU KHATALLAH,      :
     :
     :
Defendant.      :
     :

## MOTION TO SUPPRESS STATEMENTS OF DEFENDANT ABU KHATALLAH