## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

        **v.**                                          **Crim. No.  14-141 (CRC)**

**AHMED ABU KHATALLAH,**

### UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE R E P L Y  T O OPPOSITON TO MOTION TO SUPPRESS STATEMENT

The defense respectfully requests an enlargement of time until January 24, 2017 to submit its reply to the government's opposition to the motion to suppress which is otherwise due on January 18, 2017.  Because of the closures for the inauguration, this is an enlargement of just two business days.  The government does not oppose this request.

Respectfully submitted,

A.J. KRAMER

FEDERAL PUBLIC DEFENDER


\_\_/s/_____
MICHELLE PETERSON
ASSISTANT FEDERAL PUBLC DEFENDER
625 Indiana Avenue, NW
Suite 550
Washington, DC  20004
(202) 208-7500
shelli_peterson@fd.org