UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Filed with Classified
Information Security Officer

CISO *Matt*

Date 1-24-17

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.: 14-cr-141 (CRC) |
| | UNDER SEAL |
| AHMED ABU KHATALLAH, | |
| Defendant. | |

## DEFENDANT'S REPLY IN SUPPORT OF MOTION TO SUPPRESS STATEMENTS