UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No.: 14-141 (CRC) |
| | : | |
| AHMED SALIM FARAJ ABU KHATALLAH, | : | |
| | : | |
| also known as Ahmed Abu Khatallah, | : | |
| also known as Ahmed Mukatallah, | : | |
| also known as Ahmed Bukatallah, | : | |
| also known as Sheik, | : | |
| Defendant. | : | |

## NOTICE OF FILING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby gives notice that it has filed today with the Court, through the Classified Information Security Officer, a pleading titled "Government's Unopposed Motion to Close Courtroom and Redact Certain Names During Portions of Evidentiary Hearing on Defendant's Motion to Suppress."

Respectfully submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. Bar Number 415793

By:   _____/s/_____
DAVID J. MUDD
D.C. Bar Number 995154
KENNETH C. COLE
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 Fourth Street, N.W.
Washington, D.C.  20530

(202) 252-7785
david.mudd2@usdoj.gov

**Certificate of Service**

I hereby certify that a copy of the foregoing notice was served on counsel for the defendant, Michelle Peterson, Esquire and Mary Petras, Esquire, by ECF, this 14th day of April, 2017.

/s/
David J. Mudd
Assistant United States Attorney