**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| v. | : | 14-CR-141 (CRC) |
| **AHMED SALIM FARAJ ABU KHATALLAH,** | : | |
| **Defendant** | : | |

## SCHEDULING ORDER

Based on the parties' jointly proposed revised schedule, and the entire record in this matter, the Court hereby sets the following schedule for pretrial proceedings:

| | |
|---|---|
| Parties finalize set of classified documents for hearing | April 19, 2017 |
| Expert Notices | April 28, 2017 |
| Joint Suppression Hearing Submission | May 1, 2017 |
| Hearing on Motion to Suppress Statements | May 10, 2017 |
| Counter Expert Notices | May 26, 2017 |
| Defendant's CIPA § 5 Notice | May 30, 2017 |
| Government's Rule 404(b) Notice | June 2, 2017 |
| Motions in Limine | June 19, 2017 |
| Government's CIPA § 6 Filing | June 30, 2017 |
| Oppositions to Motions in Limine | July 10, 2017 |
| Replies to Motions in Limine | July 17, 2017 |
| Submission of Proposed Juror Questionnaire, Voir Dire and Jury Instructions | August 1, 2017 |

| | |
|---|---|
| Government Production of *Jencks/Giglio* Materials | September 5, 2017 |
| Pretrial Conference | September 5, 2017 |
| Jury Panel Completion of Questionnaire | September 12, 2017 |
| Voir Dire Begins | September 18, 2017 |
| Trial Begins | September 25, 2017 |

_____
CHRISTOPHER R. COOPER
United States District Judge

Date: __April 17, 2017_____