UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>AHMED SALIM FARAJ ABU KHATALLAH,<br><br>　　also known as "Ahmed Abu Khatallah,"<br>　　also known as "Ahmed Mukatallah"<br>　　also known as "Ahmed Bukatallah"<br>　　also known as "Sheik,"<br><br>　　　　　　Defendant. | Case No. 14-cr-00141 (CRC) |

## SCHEDULING ORDER

Based on the parties' jointly proposed schedule, and the entire record in this matter, the Court hereby sets the following schedule for pretrial proceedings:

| | |
|---|---|
| Government Trial Witness | May 22, 2017 |
| Counter Expert Notices | May 30, 2017 |
| Government's Response to the Defendant's Proposed Stipulations regarding classified Brady Material and Identification of Brady Witnesses | June 1, 2017 |
| Government's 404(b) Notice | June 2, 2017 |
| Defendant's CIPA Section 5 Notice | June 15, 2017 |
| Motions in Limine | June 19, 2017 |
| Oppositions to Motions in Limine and 404(b) Notice | July 10, 2017 |
| Government's CIPA Section 6 Filing | July 17, 2017 |
| Replies in Support of Motions in Limine | July 17, 2017 |
| Submission of Proposed Juror Questionnaire, Voir Dire And Jury Instructions | August 1, 2017 |

| | |
|---|---|
| Government Production of Remaining Jencks/Giglio Materials | September 5, 2017 |
| **Pretrial Conference** | **September 5, 2017** |
| Jury Panel Completion of Questionnaire | September 12, 2017 |
| **Voir Dire Begins** | **September 18, 2017** |
| **Trial Begins** | **September 25, 2017** |

CHRISTOPHER R. COOPER
United States District Judge

Date:   May 16, 2017