UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No.: 14-141 (CRC) |
| | : | |
| **AHMED SALIM FARAJ ABU KHATALLAH,** | : | |
| | : | |
| also known as "Ahmed Abu Khatallah," | : | |
| also known as "Ahmed Mukatallah," | : | |
| also known as "Ahmed Bukatallah," and | : | |
| and also known as "Sheik," | : | |
| | : | |
| Defendant. | : | |

### GOVERNMENT'S MOTION FOR AN EXTENSION OF TIME

The government requests a two business day extension of time respond to the defendant's proposed stipulations and request for the identification of *Brady* witnesses:

Pursuant to the current scheduling order, the government's response to the defendant's proposed stipulations regarding classified *Brady* Material and Identification of *Brady* witnesses is due today, June 1, 2017.  *See* Dkt. # 199.

Despite its best efforts, the government is not able to provide these response as scheduled. First, the defense has identified 101 witnesses that it considers to be "*Brady* witnesses."  The government has had to cull through this list to determine which witnesses actually present any exculpatory material, and this has been a laborious process.  Additionally, to the extent actual "*Brady* witnesses" have been identified the government is in the process of coordinating with law enforcement regarding witness potential safety issues associated with disclosing their names. Second, the defense has submitted 86 proposed stipulations.  Due to the press of other

case-related business (*e.g.* drafting an other crimes motion, which is due on June 2, 2017; drafting an opposition to a pending motion to compel; and preparing for the upcoming oral argument on the defendant's motion to suppress statements) the government has not been able to complete its review of the defense's proposed stipulations and prepare appropriate responses.

Accordingly, the government requests an extension of two business days – until Monday, June 5, 2017, to respond to the defense's proposed stipulations and request for the identification of *Brady* witnesses. Since as trial is still approximately four months away, we do not believe that such an extension will cause any prejudice to the defense. We, nevertheless, apologize to the Court and the defense for any inconvenience caused by this request.

Inasmuch as we did not anticipate needing to request this short extension until this evening, we have not had the opportunity to consult the defense and do not know their position with respect to this request.

The government respectfully requests this two business day extension of time.

                                  Respectfully submitted,

                                  CHANNING D. PHILLIPS
                                  UNITED STATES ATTORNEY
                                  D.C. Bar Number 415793

                                  _____/s/_____
                                  Michael C. DiLorenzo
                                  MD Bar No. 931214 0189
                                  Julieanne Himelstein
                                  D.C. Bar No. 417136
                                  Opher Shweiki
                                  D.C. Bar No. 458776
                                  John Crabb Jr.
                                  N.Y. Bar No. 2367670
                                  Assistant United States Attorneys
                                  National Security Section
                                  United States Attorney's Office
                                  555 4th Street, N.W.
                                  Washington, D.C. 20530
                                  (202) 252-7809
                                  michael.dilorenzo@usdoj.gov