UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Filed with Classified
Information Security Officer
CISO Mutz
Date 6/27/2017

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| V | : | 14-cr-141 (CRC) |
| AHMED ABU KHATALLAH | : | |

## DEFENDANT'S MOTION TO COMPEL DISCOVERY