# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No.: 14-141 (CRC) |
| | : | |
| **AHMED SALIM FARAJ ABU KHATALLAH,** | : | |
| | : | |
| also known as Ahmed Abu Khatallah, | : | |
| also known as Ahmed Mukatallah, | : | |
| also known as Ahmed Bukatallah, | : | |
| also known as Sheik, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF FILING

Pursuant to Local Criminal Rule 49(e)(1), please note that the United States of America, by and through undersigned counsel, today filed under seal its reply to the defendant's memorandum in opposition.  This document is not available for public viewing.

A copy of the motion was served by e-mail on counsel for the defendant.

                                            Respectfully submitted,

                                            CHANNING D. PHILLIPS
                                            UNITED STATES ATTORNEY
                                            D.C. Bar Number 415793

                                            _____/s/_____
                                            Michael C. DiLorenzo
                                            MD Bar No. 931214 0189
                                            Julieanne Himelstein
                                            D.C. Bar No. 417136
                                            Opher Shweiki
                                            D.C. Bar No. 458776
                                            John Crabb Jr.

N.Y. Bar No. 2367670
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7809
michael.dilorenzo@usdoj.gov