## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Crim. No.: 14-141 (CRC) |
| | : | |
| **AHMED SALIM FARAJ ABU KHATALLAH,** | : | |
| | : | |
| also known as "Ahmed Abu Khatallah," | : | |
| also known as "Ahmed Mukatallah," | : | |
| also known as "Ahmed Bukatallah," and | : | |
| and also known as "Sheik," | : | |
| | : | |
| **Defendant.** | : | |

### PARTIES' JOINT REQUEST TO AMEND SCHEDULING ORDER

The parties request that the Scheduling Order [Dkt. # 199] be amended.

Currently the Scheduling Order provides for the parties to submit proposed *voir dire* questions and jury instructions on August 1, 2007.  In light of other case-related obligations – to include international travel – the parties are not in a positon to submit those materials as scheduled.  Moreover, after conferring the parties believe it would be efficient for the Court, if we submit joint proposals.

Accordingly, the parties ask that the Scheduling Order be amended to provide as follows: (1) the parties will exchange draft *voir dire* questions and jury instructions by August 4; (2) the parties will exchange comments to those items by August 11; and (3) the parties will submit to the Court their joint proposed *voir dire* questions and jury instructions by August 15, 2017.

The parties respectfully request the above-described amendment of the Scheduling Order.

                                      Respectfully submitted,

                                      CHANNING D. PHILLIPS
UNITED STATES ATTORNEY
D.C. Bar Number 415793

_____/s/_____
Michael C. DiLorenzo
MD Bar No. 931214 0189
Julieanne Himelstein
D.C. Bar No. 417136
Opher Shweiki
D.C. Bar No. 458776
John Crabb Jr.
N.Y. Bar No. 2367670
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7809
michael.dilorenzo@usdoj.gov

A.J. KRAMER
FEDERAL PUBLIC DEFENDER
_____/s/_____
MICHELLE M. PETERSON
MARY MANNING PETRAS
Assistant Federal Public Defenders
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500
shelli_peterson@fd.org
mary_petras@fd.org

ERIC L. LEWIS (D.C. Bar #394643)
JEFFREY D. ROBINSON (D.C. Bar #376037)
LEWIS BAACH PLLC
1899 Pennsylvania Avenue, N.W., Suite 600
Washington, D.C. 20006
(202) 833-8900 (voice)
(202) 466-5738 (facsimile)
eric.lewis@lewisbaach.com
jeffrey.robinson@lewisbaach.com

Counsel for Ahmed Abu Khatallah