UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| v. | : | **Crim. No.: 14-141 (CRC)** |
| | : | |
| | : | |
| **AHMED SALIM FARAJ ABU KHATALLAH,** | : | |
| | : | |
| also known as "Ahmed Abu Khatallah," | : | |
| also known as "Ahmed Mukatallah," | : | |
| also known as "Ahmed Bukatallah," and | : | |
| and also known as "Sheik," | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF SEALED FILING

The United States of America, by and through its undersigned counsel, hereby provides notice that it filed with the Court on December 21, 2016, through the Classified Information Security Officer, a pleading titled "Government's Opposition to Defendant's Motion to Suppress Statements". This document was submitted to the Court under seal and is not available for public viewing.

        Respectfully submitted,

        JESSIE K. LIU
        United States Attorney
        D.C. Bar No. 472845

By:        /s/
        Michael C. DiLorenzo
        MD Bar No. 931214 0189
        Julieanne Himelstein
        D.C. Bar No. 417136
        Opher Shweiki
        D.C. Bar No. 458776

John Crabb Jr.
N.Y. Bar No. 2367670
Assistant United States Attorneys
National Security Section
United States Attorney's Office
555 4th Street NW, 11th Floor
Washington, D.C. 20530
(202) 252-7809
michael.dilorenzo@usdoj.gov