CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA**

**FILED**

NOV 20 2017

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

vs.                                      )   Civil/Criminal No.: 14-CR-141 (CRC)

AHMED SALIM FARAJ ABU KHATALLAH  )

## NOTE FROM JURY

Is there a Flip Board or Additional Dry Erase Board Available?

Larry

Thx,

Date

Time