CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA**

**FILED**

NOV 2 0 2017

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

AHMED SALIM FARAJ ABU KHATALLAH

Civil/Criminal No.: 14-CR-141 (CRC)

## NOTE FROM JURY

~~[scribbled out]~~

Stipulations ready for pick-up

Date: 11/20/17
Time: 1:16 pm