CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA**

**FILED**

NOV 20 2017

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

AHMED SALIM FARAJ ABU KHATALLAH

Civil/Criminal No.: 14-CR-141 (CRC)

## NOTE FROM JURY

We are done for the day!

Thank you!

Date: 11/20/17
Time: 4:33 pm