CO 109A - Rev. 3/2010

**FILED**

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA**

NOV 21 2017

Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES OF AMERICA

|                                          |     |                                        |
|------------------------------------------|-----|----------------------------------------|
|                                          | )   |                                        |
|                                          | )   |                                        |
| vs.                                      | )   | Civil/Criminal No.:   14-CR-141 (CRC)  |
|                                          | )   |                                        |
| AHMED SALIM FARAJ ABU KHATALLAH          | )   |                                        |
|                                          | )   |                                        |

## NOTE FROM JURY

Could we please
have 12 highlighters?

Thanks.

Date: 11/21/17

Time: 10¹² am