CO 109A - Rev. 3/2010

**UNITED STATES DISTRICT AND BANKRUPTCY COURTS
FOR THE DISTRICT OF COLUMBIA**

**FILED**

NOV 21 2017

Clerk, U.S. District and Bankruptcy Courts

UNITED STATES OF AMERICA

vs.

AHMED SALIM FARAJ ABU KHATALLAH

Civil/Criminal No.: 14-CR-141 (CRC)

## NOTE FROM JURY

We need a ten minute phone break please.

Thanks.

Date: 11/21/17

Time: 12:45 pm